[Nos. 36428-0-II; 36791-2-II. Division Two. May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD BROWN, *Appellant*.

*In the Matter of the Personal Restraint of* RICHARD BROWN, *Peititioner*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 07-1-00446-5, Anna M. Laurie, J., entered June 15, 2007, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 36653-3-II. Division Two. May 13, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. K.C.S. O'MEARA, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 06-8-00022-7, Craddock D. Verser, J., entered August 14, 2007. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Van Deren, A.C.J., and Penoyar, J.

[No. 25899-8-III. Division Three. May 13, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. TIMOTHY L. GUNNING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-1-01623-9, Robert D. Austin, J., entered February 7, 2007. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kulik, A.C.J., and Sweeney, J.